**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| HAROLD HERRSCHAFT, | : | No. 10 MM 2016 |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HONORABLE WALLACE H. BATEMAN, J., COURT OF BUCKS COUNTY, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 23rd day of March, 2016, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.